```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    23cv4962 (DLC)
TAMARA JORDAN,                           :
                                         :         ORDER
                        Plaintiff,       :
            -v-                          :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 24, 2023, the defendant filed a motion to dismiss the original complaint in this action. An Order of August 25 directed the plaintiff to file any amended complaint by September 15 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on September 15. Accordingly, it is hereby

ORDERED that the defendant's August 24 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by October 20, 2023
- Opposition served by November 3, 2023
- Reply served by November 10, 2023

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        September 26, 2023

```
            _____
                  DENISE COTE
            United States District Judge
```