```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv4962 (DLC)
TAMARA JORDAN,                           :
                                         :       ORDER
                              Plaintiff, :
                                         :
               -v-                       :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the Initial Pretrial Conference held on November 30, 2023, the plaintiff's claims alleging discrimination are hereby dismissed. The plaintiff's claims alleging retaliation are dismissed with the exception of the claim alleging the defendants retaliated against the plaintiff for requesting accommodations in March 2020.

Dated:   New York, New York
         November 30, 2023

                              _____
                                      DENISE COTE
                              United States District Judge