```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                    :     23cv4962 (DLC)
TAMARA JORDAN,                      :
                                    :     PRETRIAL
                        Plaintiff,  :     SCHEDULING ORDER
                                    :
             -v-                    :
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                        Defendants. :
                                    :
------------------------------------ X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on November 30, 2023, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by December 15, 2024.

2. The plaintiff shall provide his/her medical release forms to the defendants by December 15, 2023.

3. This case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

4. All fact discovery must be completed by April 26, 2024.

5. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must be served by the plaintiff by May 17, 2024. Identification of rebuttal experts and disclosure of their expert testimony must occur by June 7, 2024.

6. All discovery must be completed by June 28, 2024.

7.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment:

    -   Motion served by July 19, 2024
    -   Opposition served by August 9, 2024
    -   Reply served by August 23, 2024

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8.  In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by July 19, 2024.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

    SO ORDERED:

Dated:   New York, New York
         November 30, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge