```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TAMARA JORDAN,                        :
                                      :
                     Plaintiff,       :   23cv4962 (DLC)
                                      :
          -v-                         :        ORDER
                                      :
CITY OF NEW YORK, et al.,             :
                     Defendants.      :
                                      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 1, 2024, the parties filed a proposed joint pretrial order. It is hereby

ORDERED that by November 12 the plaintiff must serve on the defendants any deposition designations that it may seek to introduce at trial.

IT IS FURTHER ORDERED that the defendants must serve their objections and counter-designations by November 15.

Dated:   New York, New York
         November 6, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge