```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
TAMARA JORDAN,                            :
                                          :
                    Plaintiff,            :    23cv4962 (DLC)
                                          :
          -v-                             :         ORDER
                                          :
CITY OF NEW YORK, et al.,                 :
                    Defendants.           :
                                          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    On December 1, 2023, a pretrial scheduling order was issued in this case. In accordance with this Court's Individual Practices in Civil Cases, the December 1 Order required that the following documents be filed with the joint pretrial order, which was originally due July 19, 2024: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial.

    An Order of October 8 required that the pretrial order be filed by October 25, that any motions in limine be opposed by November 8, and scheduled the trial for December 2.

    On November 1, the parties filed a joint pretrial order. The parties did not file, however, the Voir Dire, Requests to Charge, or any Memorandum of Law. In the pretrial order, the defendant alluded to motions in limine it planned to file. No such motions have been filed. Accordingly, it is hereby

ORDERED that the defendant file any motion in limine by November 7, 2024; any opposition is due November 12.

IT IS FURTHER ORDERED that by November 12 the parties file the required Voir Dire and Requests to Charge.

Dated:   New York, New York
         November 6, 2024

_____
DENISE COTE
United States District Judge