

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Amit Parab**
*Senior Counsel*
Tel.: (212) 356-1951
aparab@law.nyc.gov

November 13, 2024

**VIA ECF**
Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: Tamara Jordan v. The City of New York,
     23-cv-4962 (DLC)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney representing Defendant City of New York in the above-refenced matter. I am the lead trial counsel on this matter and unfortunately, I am not able to attend the pre-trial conference scheduled for November 22, 2024, at 10:00 am, due to pre-scheduled travel plans. Thus, I respectfully request that the conference be adjourned to November 21, 2024, or an earlier date convenient for the Court. Plaintiff's counsel consents to this request and is available on November 21, 2024, but not available on November 20, 2024.

  Additionally, Defendant City respectfully requests an opportunity to file a brief reply to Plaintiff's Opposition to Defendants Motion in *Limine* (ECF No. 58). The reason for this request is to clarify Defendant's position only with respect to Point I of Plaintiff's Opposition. Plaintiff does not consent to this request.

  Thank you for your consideration herein.

*The conference is rescheduled for Nov. 21 at 3:00 pm in Courtroom 18B. The city may file a reply by Nov. 18 regarding Point I.*
*/s/ Denise Cote*
*11/14/24*

Respectfully submitted,

A mit P arab /s/
Amit Parab
*Senior Counsel*