UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                          :
TAMARA JORDAN,                      :
                                          :
                      Plaintiff,      :
                                          :     23cv4962 (DLC)
           -v-                          :
                                          :       ORDER
CITY OF NEW YORK,            :
                                          :
                      Defendant.     :
                                          :
--------------------------------------- X

DENISE COTE, District Judge:

     On December 4, 2024, a jury returned a special verdict in
this case in favor of the defendant.  It is hereby

     ORDERED that the Clerk of Court shall enter final judgment
for the defendant.

     IT IS FURTHER ORDERED that this case is closed.

Dated:     New York, New York
           December 11, 2024

                                 _____
                                     DENISE COTE
                      United States District Judge