**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TAMARA JORDAN,

                        Plaintiff,                      23 **CIVIL** 4962 (DLC)

          -against-                            **JUDGMENT**

CITY OF NEW YORK,

                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Denise Cote, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
             December 12, 2024

|  |  |
|---|---|
| **So Ordered:** | **TAMMI M. HELLWIG**<br>**Clerk of Court** |
| _____<br>U.S.D.J. | BY: _____<br>Deputy Clerk |